UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAUVIN FRANKLIN BROWN,<br><br>                    Defendant. | No. CR-11-6058-FVS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STRIKE THE GOVERNMENT'S MOTION TO QUASH SUBPOENA |

**THIS MATTER** came before the Court on the Government's motion to quash subpoena (ECF No. 49) and Defendant's motion to strike the Government's motion to quash (ECF No. 53). Defendant is represented by Diane E. Hehir. Assistant United States Attorney Alexander C. Ekstrom represents the Government.

**BACKGROUND**

On February 3, 2012, the Court, by ex parte order, authorized Defendant to issue a subpoena, pursuant to Fed.R.Crim.P. 17(c), for city legal records including "all reports and documentation of any Richland PD investigations, hearing and/or findings involving Off. Jeff Muai and Off. Ed Garcia. Personnel files for Off. Muai and Off. Garcia. Richland Police Department Policies for taking statements with or without recordings of suspects. An electronic copy of police reports with metadata; and officers' notes for case no. 11-15438.

ORDER . . . - 1

Reports of all prior contacts with Dauvin Franklin Brown between Off. Muai and Garcia." (ECF No. 47). The Government indicates it received notice, through Captain Mike Cobb of the Richland Police Department, that a representative of the office of the Richland City Clerk had subsequently received a subpoena from Defendant. (ECF No. 49 at 2). The Government seeks to quash Defendant's subpoena. Defendant requests that the Court strike or deny the Government's motion to quash subpoena.

**DISCUSSION**

Defendant argues that the Government's motion to quash subpoena should be stricken or denied because the Government lacks standing to quash the subpoena.

The City of Richland is represented by its own city attorney, not the Government. While the Court acknowledges that the Government is correct that Defendant's authority for the proposition that the Government lacks standing to bring the motion is a district court case from another circuit, logic dictates that the City of Richland should be required to object on its own accord. The Government is without standing to bring the instant motion to quash.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's motion to strike (**ECF No. 53**) is **GRANTED**.

2. The Government's motion to quash (**ECF No. 49**) is **DENIED**.

ORDER . . . - 2

3. Any concerns regarding the subpoena issued in this matter may be addressed by the City of Richland.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  1st  day of March, 2012.

                S/Fred Van Sickle
                Fred Van Sickle
      Senior United States District Judge

ORDER . . . - 3